88

Submitted on briefs and record March 31, reversed and remanded in part; otherwise affirmed April 21, 1999

STATE OF OREGON,
*Respondent,*

*v.*

GEORGE THOMAS LEROY,
*Appellant.*

(960130612, 960634217, 960634256;
CA A96972 (Control), A96973, A96974)
(Cases Consolidated)

979 P2d 314

Diane L. Alessi, Interim Public Defender, filed the brief for appellant. With her on the brief was Jesse Wm. Barton. David E. Groom, Public Defender, filed the supplemental brief for appellant. With him on the brief was Jesse Wm. Barton.

Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Convictions for attempted aggravated murder, attempted murder, first-degree assault, and second-degree assault reversed and remanded for new trial; otherwise affirmed. *State v. Amini,* 154 Or App 589, 963 P2d 65, *rev allowed* 327 Or 620 (1998).